**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* 19 CATCH, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>LEVARI TRUCKING CO., LLC and KENNETH D. LEVARI Jr.,<br><br>*Defendants*. | HON. CHRISTINE P. O'HEARN<br><br>*Civil Action No.* 26-7044 (CPO) (MJS)<br><br>**FILED UNDER SEAL & *EX PARTE*** |

**ORDER**

The Relator having filed a Notice of Voluntary Dismissal of this action and the United States having filed its letter evidencing its consent to dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1. This action is dismissed with prejudice as to Relator and without prejudice as to the United States;

2. The seal shall be lifted upon Relator's Complaint, Relator's Notice of Voluntary Dismissal, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

This 27 day of October, 2026.

Christine P. O'Hearn

HON. CHRISTINE P. O'HEARN
United States District Judge